IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER ALARCON, SERGEANT SANDY, and LIEUTENANT SCOTLAND,<br><br>    Defendants. | No. C 07-3377 JSW (PR)<br><br>**JUDGMENT** |

An order of judgment is hereby entered DISMISSING this civil rights action without prejudice.

IT IS SO ORDERED.

DATED:  October 30, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

ROBERT W. MORRIS,

        Plaintiff,

  v.

ARLACON et al,

        Defendant.
                               /

Case Number: CV07-03377 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert W. Morris
K43112
P.O. Box 689
Soledad, CA 93960

Dated: October 30, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk